IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3031 |
| | ) | |
| v. | ) | |
| | ) | |
| AMALIA GRAJEDA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Defendant's unopposed motion to extend deadline, filing 21, is granted and the deadline for filing pretrial motions is extended to May 27, 2005.

Dated April 22, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge