```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| AMALIA GRAJEDA, MARIA DE LOS ANJELES MENDEZ, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Defendant Amalia Grajeda's unopposed motion to continue the suppression hearing, filing 30, is granted. The evidentiary hearing on defendants' motions to suppress evidence, filings 26 and 27, will be held before the undersigned on June 28, 2005 at 1:30 p.m.

DATED this 7th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge