```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3031 |
| | ) | |
| v. | ) | |
| | ) | |
| AMALIA GRAJEDA, MARIA DE LOS ANJELES MENDEZ, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The evidentiary hearing on defendants' motions to suppress evidence, filings 26 and 27, is continued to July 19, 2005 at 1:00 p.m.

DATED this 27th day of June, 2005.

BY THE COURT:

*s/ David L. Piester*

David L. Piester
United States Magistrate Judge