```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3031 |
| v. | ) | |
| | ) | |
| AMALIA GRAJEDA and | ) | |
| MARIA DE LOS ANJELES MENDEZ, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to continue hearing, filing 34, is granted and the suppression hearing is continued from July 19 to August 16, 2005 at 1:00 p.m.

DATED this 14th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge