```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3031 |
| v. ) | |
| ) | |
| AMALIA GRAJEDA and MARIA DE ) | |
| LOS ANJELES MENDEZ, ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

IT IS ORDERED:

The suppression hearing that was set for August 16 is continued to September 23, 2005 at 1:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendants are required to be present.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge