```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3031 |
| | ) | |
| v. | ) | |
| | ) | |
| AMALIA GRAJEDA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's unopposed motion to extend the deadline for filing a post-hearing brief, filing 42, is granted.

DATED this 13th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge