THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| AMALIA GRAJEDA, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved for an extension of time (filing 48) within which to respond to the Magistrate Judge's Report and Recommendation (filing 46). Defendant's counsel represents that counsel for the United States has no objection to Defendant's motion.  Accordingly,

IT IS ORDERED:

1. Defendant's motion for an extension of time (filing 48) within which to respond to the Magistrate Judge's Report and Recommendation (filing 46) is granted;

2. Defendant's objection to the Magistrate Judge's Report and Recommendation shall be filed on or before December 9, 2005;

3. Because trial is set for Monday, December 19, 2005, the United States shall file any response to the defendant's objection to the Report and Recommendation on or before December 13, 2005; and

4. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 46 is now December 13, 2005.

November 15, 2005.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge