IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| AMALIA GRAJEDA and | ) | |
| MARIA DE LOS ANJELES MENDEZ, | ) | |
| | ) | |
| Defendants. | | |

On the oral motion of both defendants and the government,

IT IS ORDERED that:

(1)   Trial of this case before the undersigned United States district judge is continued to 9:00 a.m., Monday, January 23, 2006, as the number three criminal case, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(2)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

December 14, 2005.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge