```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,        )
                                 )
         Plaintiff,              )
                                 )         4:05CR3031
     v.                          )
                                 )
AMALIA GRAJEDA and               )
MARIA DE LOS ANJELES MENDEZ,     )         ORDER
                                 )
         Defendants.             )
                                 )

   IT IS ORDERED:

   1.  Defendants' motions to continue, filings 55 and 56, are granted in part and trial is continued to 9:00 a.m., March 20, 2006 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

   2.  The ends of justice will be served by granting such motions, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motions, the time between January 13, 2006 and March 20, 2006 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

   DATED this 13th day of January, 2006.

                                 BY THE COURT:

                                 s/ *David L. Piester*
                                 David L. Piester
                                 United States Magistrate Judge