IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| AMALIA GRAJEDA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Defendant's Motion for Leave to Proceed on Appeal In Forma Pauperis (filing 95). Defendant has not attached to his motion an affidavit showing Defendant's inability to pay or to give security for fees and costs, claiming an entitlement to redress, and stating the issues Defendant intends to present on appeal, as required by Fed. R. App. P. 24(a). However, defense counsel states that the affidavit will be filed with the court upon receipt by defense counsel.[1] Accordingly,

IT IS ORDERED:

1. Defendant's motion for leave to appeal in forma pauperis (filing 95) is held in abeyance pending Defendant's submission of the above-described affidavit; and

2. When Defendant files the above-described affidavit, the Clerk of the United States District Court for the District of Nebraska shall immediately direct such affidavit to the chambers of the undersigned United States district judge.

---

[1] Defense counsel has mailed the affidavit to Defendant (who is incarcerated at CCA Leavenworth) for completion. (Filing 95.)

November 29, 2006.

                                      BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge