IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| AMALIA GRAJEDA, | ) | |
| | ) | |
| Defendant. | ) | |

On November 29, 2006, I ordered that Defendant's motion for leave to appeal in forma pauperis (filing 95) be held in abeyance pending Defendant's submission of an affidavit showing Defendant's inability to pay or to give security for fees and costs, claiming an entitlement to redress, and stating the issues Defendant intends to present on appeal, as required by Fed. R. App. P. 24(a).

In response to this order, Defendant filed an affidavit (filing 97) that does not state the issues Defendant intends to present on appeal, nor does it "show[] in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs." Fed. R. App. P. 24(a)(1)(A-C). Specifically, the affidavit does not indicate whether Defendant has received money from any source within the last 12 months and does not include a statement certified by the defendant's institution showing recent transactions.

Accordingly,

IT IS ORDERED:

1.  Defendant's motion for leave to appeal in forma pauperis (filing 95) is held in abeyance pending Defendant's submission of the above-described affidavit; and

2. When Defendant files the above-described affidavit, the Clerk of the United States District Court for the District of Nebraska shall immediately direct such affidavit to the chambers of the undersigned United States district judge.

December 7, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge