IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| AMALIA GRAJEDA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon defendant's motion for leave to appeal in forma pauperis (filing 95). In support of her motion, the defendant has submitted an affidavit showing the defendant's inability to pay or to give security for fees and costs, as well as documents claiming an entitlement to redress and stating the issues that the defendant intends to present on appeal. (Filings 93, 95, 97, 100.) See Fed. R. App. P. 24(a). After consideration of the defendant's affidavit, I shall grant her motion for leave to appeal in forma pauperis (filing 95).

IT IS ORDERED:

1. Defendant's motion for leave to appeal in forma pauperis (filing 95) is granted;

2. The Clerk of the United States District Court for the District of Nebraska shall process Defendant's appeal.

December 13, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge