IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>AMALIA GRAJEDA,  )<br>  )<br>  Defendant.  )<br>  ) | 4:05CR3031<br><br>ORDER |

IT IS ORDERED:

Defendant's motion, filing 106, to file motion under seal is granted, and the motion for appointment of counsel and any further pleadings and/or orders regarding the same issue shall be filed under seal.

DATED this 31st day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge